UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-61151-EGT

JOHN C. ROSADO,

    Plaintiff,

vs.

FOREVER PROPANE SALES & SERVICE,
INC. a Florida for-profit corporation; and
MANUEL C. ROSADO, individually,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff JOHN C. ROSADO, by and through his undersigned Counsel, hereby provides notice that the parties have reached a settlement in the case. The parties are in the process of finalizing the terms of the settlement and will be submitting a joint motion for approval of the settlement agreement shortly.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 8751 W. Broward Blvd., Suite 303 | 4640 N.W. 7th Street |
| Plantation, FL 33324 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By  *s/ Roderick V. Hannah* | By  *s/ Pelayo M. Duran* |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of June, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Adi Amit, Esq.
Florida Bar No. 35257
ADI AMIT, P.A.
101 Centre
101 N.E. Third Avenue, Suite 300
Fort Lauderdale, FL 33301
T. (954) 533-5922
Email: Adi@DefenderOfBusiness.com

*Attorneys for Defendants*

                                                  /s/ *Roderick V. Hannah*
                                                    Roderick V. Hannah